IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES E. ZALEWSKI and DRAFTICS, LTD., | ) |
| *Plaintiffs*, | ) |
| v. | ) |
| T.P. BUILDERS, INC. et. al | ) Civil Action No. 1:10-CV-00876 |
| | ) (GLS/RFT) |
| *Defendants*. | ) |

**NOTICE OF MOTION FOR COSTS AND ATTORNEYS' FEES**

To all parties hereto and their attorneys of record:

PLEASE TAKE NOTICE that Defendants Roxanne K. Heller and DeRaven Design & Drafting (the "DeRaven Defendants"), by and through its undersigned counsel and pursuant to Rule 7.1 of the Local Rules of Practice of the United States District Court for the Northern District of New York, hereby move this Court for an award of costs and attorneys' fees pursuant to Fed. R. Civ. P. 54(d) and 17 U.S.C. §505.

This Motion for Costs and Attorneys' Fees is based on this Motion, the accompanying Memorandum of Law, Appendices, and Declaration of Annette I. Kahler, Esq. dated August 3, 2012, and such other evidence and argument that the court may consider.

Defendants Roxanne K. Heller and DeRaven Design & Drafting reserve the right to request the opportunity to present oral argument regarding this Motion.

WHEREFORE, Defendants Roxanne K. Heller and DeRaven Design & Drafting respectfully request this Court enter an Order granting the award of costs and attorneys' fees to the DeRaven Defendants.

Dated:  August 3, 2012	<u>s/ Annette I. Kahler</u>
Susan E. Farley, Esq. (NDNY BRN 101,883)
Annette I. Kahler, Esq. (NDNY BRN 516,639)
Caroline B. Ahn, Esq. (NDNY BRN 514,926)
HESLIN ROTHENBERG FARLEY & MESITI, P.C.
5 Columbia Circle Albany, NY 12203-5160
Tel.: (518) 452-5600 Fax: (518) 452-5579
Email: sef@hrfmlaw.com, aik@hrfmlaw.com, cba@hrfmlaw.com
*Attorneys for Defendants DeRaven Design & Drafting and Roxanne K. Heller*