# Billing Records

# through June 30, 2012

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albany, NY 12203
518-452-5600

Federal I.D. 14-1680097

October 20, 2010

Invoice #   174401        SEF
Our File #  3459-003
Billing Through  09/30/2010

DeRaven Design & Drafting
321 Delaware Avenue
Delmar, NY 12054

**Heller-DeRaven - Zalewski v. T.P. Builders, Inc. et al.**

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 08/13/2010 | SEF | Drafted Joint Defense Agreement and Waiver of Conflict Agreement. | 0.12 hrs. | 54.00 |
| 08/16/2010 | SEF | Touch base with Brian Matula to determine who he represents. | 0.04 hrs. | 18.00 |
| 08/17/2010 | SEF | Telephone with Brian Matula in furtherance of possible joint defense. | 0.08 hrs. | 36.00 |
| 08/17/2010 | SEF | Negotiated extension of time to answer or otherwise move for all clients. | 0.06 hrs. | 27.00 |
| 08/18/2010 | BH | Review and revise Engagement Agreement, Joint Defense Agreement, and Waiver of Conflict Agreement. | 0.30 hrs. | 111.00 |
| 08/20/2010 | SEF | Planning joint defense meeting. | 0.04 hrs. | 18.00 |
| 08/20/2010 | SEF | Set up representation chart and fact chart for all defendants. | 0.06 hrs. | 27.00 |
| 08/23/2010 | SEF | Telephone call regarding retention terms, conflict waiver, engagement terms and joint defense agreement.  Client desires to engage us. | 0.30 hrs. | 135.00 |
| 08/23/2010 | SEF | Telephone call with Roxanne Heller regarding possible representation and waiver of conflicts. | 0.20 hrs. | 90.00 |
| 08/23/2010 | SEF | Set up file, including Engagement Letter, Waiver of Conflict and Joint Defense Agreement. Set same to client for execution.  Notification regarding timing to sign Waiver of Service. | 0.30 hrs. | 135.00 |
| 08/23/2010 | SEF | Reviewed complaint for strategy of claims. | 0.04 hrs. | 18.00 |
| 08/24/2010 | SEF | Reviewed first amended complaint.  Researched time for all to answer.  Formulated evidence chart. Contacted plaintiff's counsel to agree on an extension of time for response for all. | 0.32 hrs. | 144.00 |
| 08/25/2010 | SEF | Prepared e-mail to the Heslin team. | 0.06 hrs. | 27.00 |
| 08/26/2010 | SEF | Managing Stipulation of Time to Answer. | 0.06 hrs. | 27.00 |
| 08/27/2010 | SEF | Reviewed case law on event of copyright infringement. Contacted clients re status. Read letter of A. Olsen to Plaintiff's counsel. | 0.26 hrs. | 117.00 |
| 08/30/2010 | SEF | General research regarding liability for copyright infringement and what constitutes infringing acts.  Conference with AIK regarding research.  Researched financial information and | 0.16 hrs. | 72.00 |

3459          Zalewski Copyright Lawsuit                    Invoice # 174401                Page  2

| | | | | |
|---|---|---|---|---|
| | | prior litigation of Mr. Zalewski. | | |
| 08/31/2010 | SEF | Telephone with A. Olsen regarding letter to court regarding need for intervention.  Prepared same. | 0.24  hrs. | 108.00 |
| 09/01/2010 | SEF | Telephone with Margaret Gillis regarding letter to court and whether she wants to sign on board on behalf of her Realtor clients. | 0.06  hrs. | 27.00 |
| 09/01/2010 | SEF | Supervised and finalized letter to court asking for immediate attention and case management plan. | 0.30  hrs. | 135.00 |
| 09/03/2010 | SEF | Communication via e-mail regarding joint defense counsel. | 0.02  hrs. | 9.00 |
| 09/08/2010 | SEF | Coordinated meeting with Judge Treece. Notified client regarding same. | 0.16  hrs. | 72.00 |
| 09/08/2010 | SEF | Reviewed multiple filings by prose litigants. | 0.04  hrs. | 18.00 |
| 09/09/2010 | SEF | Prepared for Court conference.  Telephone call with Mike Orapallo regarding joint defense.  Attended Court conference. Notified client regarding results. | 0.72  hrs. | 324.00 |
| 09/20/2010 | SEF | Meeting with Roxanne Heller regarding strategy to address litigation. | 0.60  hrs. | 270.00 |
| 09/21/2010 | SEF | Meeting with Client to review all evidence and put together a game plan for defense. | 2.80  hrs. | 1,260.00 |

FEES

Member 1                                    7.34  Hours                              $3,279.00

EXPENSES

Westlaw                                                                                        $57.38

Postage                                                                                       $1.49

Miscellaneous exp.                                                                    $1.45

Billing Summary

| | | |
|---|---|---|
| Total Professional Services | $3,279.00 | |
| Total Expenses Incurred | $60.32 | |
| Total of New Charges for this Invoice | $3,339.32 | |
| | | |
| Less Trust Amount Applied to this | $500.00 | |
| | | |
| Total Balance Now Due | **$2,839.32** | |

PAYMENT DUE UPON RECEIPT

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albany, NY  12203
518-452-5600

Federal I.D. 14-1680097

November 23, 2010

Invoice #   175824        SEF
Our File #  3459-003
Billing Through  10/31/2010

DeRaven Design & Drafting
321 Delaware Avenue
Delmar, NY  12054

**Heller-DeRaven - Zalewski v. T.P. Builders, Inc. et al.**

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 10/14/2010 | SEF | Communicated with N.Delain, Esq. regarding timing of case management plan and meet and confer. | 0.10 | hrs. | 45.00 |
| 10/18/2010 | SEF | Arranged Meet and Confer in light of notice from Court to set up Rule 16 plan. | 0.20 | hrs. | 90.00 |
| 10/21/2010 | SEF | Arranged for meet and confer conference. | 0.30 | hrs. | 135.00 |
| 10/22/2010 | SEF | Initial meet and confer. | 0.50 | hrs. | 225.00 |
| 10/25/2010 | SEF | Read newly filed Complaint to determine causes of action. Contacted client to determine if she is connected to any such allegations.  Studied accused images and alleged copyright registration.   Communications with Counsel regarding service against new defendant.  Attempted outline of case management plan. | 2.50 | hrs. | 1,125.00 |
| 10/26/2010 | SEF | Preparing with C. Ahn, Esq. for meet and confer. | 0.50 | hrs. | 225.00 |
| 10/26/2010 | SEF | Participation in meet and confer. | 0.30 | hrs. | 135.00 |
| 10/26/2010 | SEF | Communications with defense counsels regarding statute of limitations and communications with R. Heller to obtain copies of the Arch street drawings. | 0.30 | hrs. | 135.00 |
| 10/26/2010 | CBA | Conference with S. Farley, Esq. regarding the Case Management Plan.  Review the file history, including the recent communications between the counsels for the parties.  Review the rules and orders for the District Court for the Northern District of New York in preparation for the conference with counsels.  Preparing the Case Management Plan.  Telephone conference with counsels appearing in the case to discuss the Case Management Plan.  Research regarding possibility of getting attorney's fees as a prevailing party under the Copyright Act as to previously asserted claims. | 4.00 | hrs. | 880.00 |
| 10/27/2010 | SEF | Trying to arrange for conference with defense counsel. | 0.30 | hrs. | 135.00 |
| 10/27/2010 | CBA | Review of Plaintiff's Motion Letter to Magistrate Judge Treece. | 0.10 | hrs. | 22.00 |
| 10/28/2010 | CBA | Review the Stipulation of Dismissal filed by the Plaintiffs and the revised Second Amended Complaint filed with Court. Provide a status update to S. Farley, Esq. in light of the recent filings. | 1.00 | hrs. | 220.00 |
| 10/29/2010 | CBA | Review of the Letter Motion filed by the counsel for defendants | 0.30 | hrs. | 66.00 |

3459          Zalewski Copyright Lawsuit                    Invoice # 175824                Page  2

                         TP Builders and Thomas Paonessa.

FEES

Member 1                                    5.00   Hours                                      $2,250.00

Associate 2                                 5.40   Hours                                      $1,188.00

Billing Summary

Total Professional Services                                        $3,438.00
Total Expenses Incurred                                                $0.00
Professional Courtesy Discount                                     $1,719.00   CR
Total of New Charges for this Invoice                              $1,719.00

Total Balance Now Due                                              **$1,719.00**

                         PAYMENT DUE UPON RECEIPT

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albany, NY  12203
518-452-5600

Federal I.D. 14-1680097

December 17, 2010

Invoice #   176915        SEF
Our File #  3459-003
Billing Through  11/30/2010

DeRaven Design & Drafting
321 Delaware Avenue
Delmar, NY  12054

**Heller-DeRaven - Zalewski v. T.P. Builders, Inc. et al.**

PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | | Amount |
|------|------|-------------|-------|---|--------|
| 11/02/2010 | SEF | Telephone conference with R. Heller regarding new homes in amended complaint and strategy for defending. | 0.30 | hrs. | 135.00 |
| 11/03/2010 | SEF | Communicated outline of new complaint to client in e-mail and reviewed additional communications from co defense counsel. | 0.20 | hrs. | 90.00 |
| 11/04/2010 | SEF | Received documentation for Thoroughbred court and sent same to client.  Conference with C. Ahn, Esq. regarding same. | 0.30 | hrs. | 135.00 |
| 11/04/2010 | CBA | Review of the recent Court filings.  Review of the additional set of exhibits served by the Plaintiff's counsel. | 0.60 | hrs. | 132.00 |
| 11/09/2010 | CBA | Review the docket and the file history in preparation for preparing the Answer to the Second Amended Complaint. | 0.70 | hrs. | 154.00 |
| 11/10/2010 | CBA | Prepare a Stipulation to Extend the Time to response to the Second Amended Verified Complaint.  Prepare and send an email to Plaintiffs' counsel seeking consent to the stipulation.  Received and responded to Plaintiff's counsel's email regarding extensions. | 0.50 | hrs. | 110.00 |
| 11/11/2010 | CBA | Receive and reviewed the updated Stipulation to Extend the Time from Plaintiffs' counsel.  Finalize the same for filing.  Reviewing the local rules and asking the paralegals to confirm whether Rule 7.1 Disclosure needs to be filed. | 0.80 | hrs. | 176.00 |
| 11/12/2010 | CBA | Finalize and oversee the filing of the Stipulation to Extend the Time.  Update and finalize the Notice of Appearance to be filed. | 0.50 | hrs. | 110.00 |
| 11/15/2010 | SEF | Telephone call with A. Olsen, Esq. regarding coordination of defense. | 0.40 | hrs. | 180.00 |
| 11/15/2010 | CBA | Receive and respond to the email from Plaintiffs' counsel regarding conference.  Review the Extension of Time filed by Defendants TP Builders, et al. | 0.20 | hrs. | 44.00 |
| 11/16/2010 | CBA | Receive and review the Orders filed by the Court relating to the extensions to respond. | 0.20 | hrs. | 44.00 |
| 11/17/2010 | SEF | Telephone with R. Heller regarding Cillus attorney.  Attended to preparation for meet and confer conference. | 0.40 | hrs. | 180.00 |
| 11/19/2010 | SEF | Attended meet and confer. | 0.40 | hrs. | 180.00 |
| 11/19/2010 | CBA | Discussion with S. Farley, Esq. regarding the scheduled Rule 26 Telephone conference and the answer to be prepared. | 0.30 | hrs. | 66.00 |

3459      Zalewski Copyright Lawsuit                Invoice # 176915          Page 2

| Date | | Description | Hours | | Amount |
|------|-----|-------------|-------|------|--------|
| 11/22/2010 | CBA | Review of Defendants Shelroc Homes and Joseph Clark's Motion to Dismiss and Motion to Stay, including the supporting papers.  Review of Defendant VS Sofia Engineering et. al.'s Answer to the Second Amended Verified Complaint. | 0.40 | hrs. | 88.00 |
| 11/23/2010 | SEF | Reviewed and considered case management plan. | 0.30 | hrs. | 135.00 |
| 11/23/2010 | CBA | Prepare draft of the amendments to be added to the Proposed Case Management Plan on behalf of DeRaven Drafting & Design and Roxanne Heller. | 1.00 | hrs. | 220.00 |
| 11/23/2010 | CBA | Review of the Proposed Case Management Plan.  Review of the correspondences between counsel for the parties regarding the Proposed Case Management Plan. | 1.00 | hrs. | 220.00 |
| 11/24/2010 | SEF | Reviewed and prepared comments to Rule 16 Case Management Plan. | 0.20 | hrs. | 90.00 |
| 11/24/2010 | CBA | Provide to the Plaintiff's counsel and other defendants' counsel the amendments to be added to the Proposed Case Management Plan on behalf of DeRaven Drafting & Design and Roxanne Heller. | 0.20 | hrs. | 44.00 |
| 11/24/2010 | CBA | Receive and review correspondences with Plaintiff's counsel regarding the Case Management Plan. | 0.30 | hrs. | 66.00 |
| 11/27/2010 | CBA | Prepare the draft of the Answer to Plaintiff's Second Amended Verified Complaint to be filed on behalf of DeRaven Drafting & Design and Roxanne Heller. | 1.00 | hrs. | 220.00 |
| 11/27/2010 | CBA | Review of the filed Proposed Case Management Plan.  Review of Defendants Cillis Builders and Theodore Cillis' Answer to the Second Amended Verified Complaint.  Review of the Motion to Dismiss filed by Defendants Shelroc Homes et al.  Review of the Local Rules of the Court. | 0.60 | hrs. | 132.00 |
| 11/28/2010 | CBA | Continue preparing the draft of the Answer to Plaintiff's Second Amended Verified Complaint to be filed on behalf of DeRaven Drafting & Design and Roxanne Heller. | 1.00 | hrs. | 220.00 |
| 11/29/2010 | SEF | Reviewed Cillis' claim against Heller and considered strategy for overall defense.  Conference with associates directing same. | 0.30 | hrs. | 135.00 |
| 11/29/2010 | CBA | Continue preparing the draft of the Answer to Plaintiff's Second Amended Verified Complaint to be filed on behalf of DeRaven Drafting & Design and Roxanne Heller.  Conduct legal research with regards to adding additional counterclaims against Plaintiffs Zalewski and Draftics. | 1.00 | hrs. | 220.00 |
| 11/29/2010 | CBA | Telephone conference with S. Farley, Esq. regarding the draft Answer.  Called and left a message with Ms. Heller.  Review of relevant treatises for additional information. | 0.30 | hrs. | 54.00 |
| 11/30/2010 | SEF | Conference call with client regarding contents of Cillis answer.  Outlined strategy for defense and contents of answer to be filed.  Reviewed same with C. Ahn, Esq. and instructions on procedure going forward. | 0.20 | hrs. | 60.00 |
| 11/30/2010 | CBA | Review, update and revise the draft Answer to Plaintiff's Second Amended Verified Complaint to be filed on behalf of DeRaven Drafting & Design and Roxanne Heller.  Finalize and file the same. | 1.00 | hrs. | 220.00 |
| 11/30/2010 | CBA | Telephone conference with S. Farley, Esq. regarding the draft Answer and discussions with Ms. Heller.  Review and update the Notice of Appearance for S. Farley, Esq.  Discussion with A. Kahler, Esq. regarding the litigation.  Oversee the filing of the Answer.  Review of the local rules for docketing the answer date for the cross claim. | 1.00 | hrs. | 220.00 |

3459          Zalewski Copyright Lawsuit                    Invoice # 176915              Page   3

<u>FEES</u>

Member 1                                      3.00   Hours                              $1,320.00

Associate 2                                  12.60   Hours                              $2,760.00

<u>Billing Summary</u>

Total Professional Services                              $4,080.00
Total Expenses Incurred                                      $0.00
Total of New Charges for this Invoice                    $4,080.00

Total Balance Now Due                                   **$4,080.00**

PAYMENT DUE UPON RECEIPT

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albany, NY  12203
518-452-5600

Federal I.D. 14-1680097

January 19, 2011

| | |
|---|---|
| Invoice #   177516 | SEF |
| Our File #  3459-003 | |
| Billing Through  12/31/2010 | |

DeRaven Design & Drafting
321 Delaware Avenue
Delmar, NY  12054

**Heller-DeRaven - Zalewski v. T.P. Builders, Inc. et al.**

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/01/2010 | SEF | NO CHARGE Bringing A. Kahler, Esq. up to speed on file. | 1.00  hrs. | 0.00 |
| 12/01/2010 | SEF | NO CHARGE Communicated with R. Heller regarding Answer and Cross Claim. | 0.30  hrs. | 0.00 |
| 12/01/2010 | CBA | NO CHARGE Review the correspondence between Ms. Heller and S. Farley, Esq.  Begin reviewing and gathering documents in file to provide to A. Kahler, Esq. | 0.20  hrs. | 0.00 |
| 12/02/2010 | CBA | NO CHARGE Continue reviewing and gathering documents in file to provide to A. Kahler, Esq. | 0.30  hrs. | 0.00 |
| 12/06/2010 | SEF | Prepared for hearing on Rule 16. | 0.50  hrs. | 100.00 |
| 12/07/2010 | SEF | Drive to Federal Court for Rule 16 Conference. | 0.50  hrs. | 100.00 |
| 12/07/2010 | SEF | Attend Rule 16 conference in Federal Court. | 1.30  hrs. | 260.00 |
| 12/07/2010 | SEF | Drive from Federal Court conference. | 0.50  hrs. | 100.00 |
| 12/07/2010 | SEF | NO CHARGE Reviewed all three causes of action for potential motion to dismiss.  Called K. VanDuser regarding deposition. | 1.00  hrs. | 0.00 |
| 12/09/2010 | SEF | NO CHARGE Telephone  call with R. Heller regarding summary of Court hearing on Rule 16 plan and upcoming motion for dismissal. | 0.20  hrs. | 0.00 |
| 12/15/2010 | SEF | NO CHARGE Review email to R. Heller from A. Kahler, Esq. | 0.10  hrs. | 0.00 |
| 12/15/2010 | SEF | NO CHARGE Review and approve email to N. Delain, Esq. regarding Albany Street. | 0.10  hrs. | 0.00 |
| 12/15/2010 | AIK | Communication with Nancy Delain to confirm status of Albany Street property vis a vis Roxanne Heller/DeRaven Design. | 0.30  hrs. | 36.00 |
| 12/16/2010 | SKO | Reviewed file and confer with Annette Kahler, Esq. in preparation for deposition of James Zalewski. | 0.50  hrs. | 130.00 |
| 12/16/2010 | AIK | Preparing and drafting answer to Cillis crossclaim. | 2.30  hrs. | 276.00 |
| 12/17/2010 | SEF | Reviewed and approved Answer to Counterclaim. | 0.10  hrs. | 20.00 |
| 12/17/2010 | SKO | Legal research regarding statute of limitations for claims of copyright infringement.  Prepared outline for deposition of James Zalewski. | 0.50  hrs. | 130.00 |
| 12/17/2010 | AIK | NO CHARGE Meeting with Roxanne Heller regarding Zawelski case. | 1.20  hrs. | 0.00 |
| 12/20/2010 | SEF | Reviewed and approved Answer. | 0.10  hrs. | 20.00 |

3459         Zalewski Copyright Lawsuit                    Invoice # 177516            Page  2

| 12/20/2010 | SKO | NO CHARGE Reviewed file, including pleadings, asserted copyright registrations, accused drawings and houses in preparation for deposition of James Zalewski. | 1.00 hrs. | 260.00 |
| 12/20/2010 | SKO | NO CHARGE Confer with Annette Kahler, Esq. regarding deposition outlines for James Zalewski. | 0.30 hrs. | 0.00 |
| 12/20/2010 | SKO | NO CHARGE Confer with Susan E. Farley, Esq. and Annette Kahler, Esq. in preparation for upcoming deposition. | 0.60 hrs. | 0.00 |
| 12/20/2010 | SKO | NO CHARGE Meeting with Roxanne Heller and Annette Kahler, Esq. regarding statute of limitations defense in preparation for deposition of James Zalewski. | 0.70 hrs. | 182.00 |
| 12/20/2010 | SKO | NO CHARGE Meeting with Annette Kahler, Esq. in regarding statute of limitations defense. | 0.50 hrs. | 0.00 |
| 12/20/2010 | AIK | NO CHARGE Reviewing Zalewski lawsuit against Roxanne Heller/DeRaven Design. | 2.50 hrs. | 0.00 |
| 12/21/2010 | SKO | NO CHARGE Review pleadings, including original and amended Complaints and Answers; prepared outline for deposition of James Zalewski. | 1.50 hrs. | 0.00 |
| 12/21/2010 | SKO | NO CHARGE Reviewed legal research regarding statute of limitations for copyright infringement claims; prepared outline for deposition of James Zalewski. | 2.50 hrs. | 0.00 |
| 12/21/2010 | AIK | Reviewing Zalewski case and visiting properties accused against Roxanne Heller and Deraven Design. | 3.80 hrs. | 456.00 |
| 12/22/2010 | SEF | NO CHARGE Run down on deposition and Statute of limitations issue. | 0.30 hrs. | 0.00 |
| 12/22/2010 | SKO | Prepared for deposition of James Zalewski, drafted deposition outline and reviewed Plaintiff's Memorandum of Law and Declaration in opposition to Defendants' Motion to Dismiss. | 0.80 hrs. | 208.00 |
| 12/22/2010 | SKO | Deposition of James Zalewski. | 0.50 hrs. | 130.00 |
| 12/22/2010 | AIK | NO CHARGE Preparing for and attending deposition of Plaintiff, James Zawelski. | 4.70 hrs. | 0.00 |

FEES

| Member 1 | 6.00 | Hours | | $600.00 |
| Associate 2 | 0.50 | Hours | | $0.00 |
| Associate 3 | 9.40 | Hours | | $1,040.00 |
| Of Counsel | 14.80 | Hours | *4440.00* | $768.00 |

EXPENSES

| Miscellaneous exp.  - Pacer | | $1.68 |
| Photocopies | | $11.00 |
| Postage | | $4.75 |

Billing Summary

| Total Professional Services | $2,408.00 |
| Total Expenses Incurred | $17.43 |
| Total of New Charges for this Invoice | $2,425.43 |

3459          Zalewski Copyright Lawsuit                    Invoice # 177516              Page  3

Total Balance Now Due                                              $2,425.43

PAYMENT DUE UPON RECEIPT

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albany, NY 12203
Telephone (518) 452-5600
Federal I.D. 14-1680097

February 28, 2011

| | |
|---|---|
| Invoice # | 179370 | SEF |
| Our File # | 3459-003 |
| Billing Through | 01/31/2011 |

DeRaven Design & Drafting
321 Delaware Avenue
Delmar, NY  12054

**Heller-DeRaven - Zalewski v. T.P. Builders, Inc. et al.**

PROFESSIONAL SERVICES

| 01/03/2011 | AIK | Review of 12/22/2010 deposition transcript for James Zawelski on Statute of Limitations issues. | 0.90 hrs. | 108.00 |
|---|---|---|---|---|
| 01/04/2011 | SEF | Docketing deadlines. | 0.10 hrs. | 45.00 |
| 01/04/2011 | SKO | Telephone conference with co-defendant's attorney (Cillis) regarding preparation and filing of motions to dismiss by each defendant, including the bases for dismissal and timing of motions.  Email correspondence with co-defendants' counsel regarding deposition transcripts. | 0.30 hrs. | 78.00 |
| 01/06/2011 | SEF | Report of call from Cillus' attorney. | 0.10 hrs. | 45.00 |
| 01/06/2011 | SKO | Telephone conference with co-defendant's counsel regarding Cillis's Motion to Dismiss; discussed same with Susan E. Farley, Esq. and Annette I. Kahler, Esq. | 0.30 hrs. | 78.00 |
| 01/10/2011 | AIK | Received letter from Dan Doherty, counsel for Ted Cillis, regarding 11 Nicole Court. Review of same and telephone call to Mr. Doherty. | 0.50 hrs. | 60.00 |
| 01/11/2011 | AIK | Review of Plaintiff's Answer to Crossclaim and Counterclaim. | 0.40 hrs. | 48.00 |
| 01/11/2011 | AIK | Review of drawings for 11 Nicole Court and Plaintiff drawings DRA212. Correspondence with R. Heller regarding drawings provided by Ted Cillis/Cillis Builders. | 1.70 hrs. | 204.00 |
| 01/17/2011 | SEF | Supervised initial disclosure deadline. | 0.10 hrs. | 45.00 |
| 01/17/2011 | AIK | Investigation of matters pertaining to mandatory initial disclosures; email correspondence with R. Heller re same. Preparation of notice of appearance. | 2.30 hrs. | 276.00 |
| 01/19/2011 | AIK | Began preparation of initial disclosures; review of documentation for accused properties; telephone and fax correspondence with Roxanne Heller. | 1.50 hrs. | 180.00 |
| 01/20/2011 | SEF | Supervised initial disclosures. | 0.30 hrs. | 135.00 |
| 01/20/2011 | AIK | Completed initial disclosures; review of same with Susan E. Farley, Esq.; prepared correspondence and services copy for opposing counsel. | 1.20 hrs. | 144.00 |
| 01/24/2011 | SEF | Monitored email filing by N. Delain, Esq.  Reviewed motion disclosure by Plaintiff. | 0.10 hrs. | 45.00 |
| 01/24/2011 | AIK | In preparation for filing of motion to dismiss, conducted legal research regarding accrual of statute of limitations in copyright cases; reviewing case law and motion to dismiss filed on behalf of Shelroc/Clark defendants. | 1.80 hrs. | 216.00 |

3459          Zalewski Copyright Lawsuit                    Invoice # 179370              Page  2

| | | | | | |
|---|---|---|---|---|---|
| 01/27/2011 | AIK | Continuing background research for Motion to Dismiss. | 1.30 | hrs. | 156.00 |
| 01/29/2011 | AIK | Continuing preparation for Motion to Dismiss; specifically, Second Circuit case law research regarding grounds for dismissal. | 3.70 | hrs. | 444.00 |
| 01/30/2011 | AIK | Continuing preparation of Motion to Dismiss. | 1.80 | hrs. | 216.00 |
| 01/31/2011 | AIK | Continuing preparation of Motion to Dismiss. | 5.10 | hrs. | 612.00 |

<u>FEES</u>

| | | | |
|---|---|---|---|
| Member 1 | 0.70 | Hours | $315.00 |
| Associate 3 | 0.60 | Hours | $156.00 |
| Of Counsel | 22.20 | Hours | 6666.00  $2,664.00 |

<u>EXPENSES</u>

| | |
|---|---|
| Miscellaneous exp.  Pacer | $12.80 |
| Transcription | $164.70 |
| Photocopies | $10.00 |
| Postage | $3.05 |

<u>Billing Summary</u>

| | | |
|---|---|---|
| Total Professional Services | $3,135.00 | |
| Total Expenses Incurred | $190.55 | |
| Professional Courtesy Discount | $471.00 | CR |
| Total of New Charges for this Invoice | $2,854.55 | |
| Total Balance Now Due | **$2,854.55** | |

PAYMENT DUE UPON RECEIPT

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albany, NY 12203
Telephone (518) 452-5600
Federal I.D. 14-1680097

March 17, 2011

Invoice #   179812        SEF
Our File # 3459-003
Billing Through 02/28/2011

DeRaven Design & Drafting
321 Delaware Avenue
Delmar, NY 12054

**Heller-DeRaven - Zalewski v. T.P. Builders, Inc. et al.**

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/04/2011 | SEF | NO CHARGE Supervised matter. | 0.20 hrs. | 0.00 |
| 02/07/2011 | AIK | Background research for motion to dismiss, memorandum of law and accompanying documents. | 2.40 hrs. | 288.00 |
| 02/08/2011 | AIK | Conducting research, drafting memorandum of law, and reviewing plaintiffs' copyrights and home plans in connection with accused properties. Reviewing differences between Plaintiff's drawings and Heller's drawings. | 3.60 hrs. | 432.00 |
| 02/09/2011 | AIK | Drafting Memorandum of Law in support of Motion to Dismiss. | 4.30 hrs. | 516.00 |
| 02/10/2011 | AIK | Drafting Memorandum of Law, Declaration of Roxanne K. Heller, and compiling exhibits for Motion to Dismiss. | 10.50 hrs. | 1,260.00 |
| 02/11/2011 | SEF | NO CHARGE Reviewed Motion to Dismiss prior to filing. | 1.00 hrs. | 0.00 |
| 02/11/2011 | SEF | NO CHARGE Answer to counterclaim filed by Paonessa. | 0.30 hrs. | 0.00 |
| 02/11/2011 | SEF | NO CHARGE Reviewed TP Builder's motion to dismiss and against Heller. | 0.30 hrs. | 0.00 |
| 02/11/2011 | SEF | NO CHARGE Reviewed multiple Motions to Dismiss. | 0.30 hrs. | 0.00 |
| 02/11/2011 | AIK | Finalizing all filings in connection with the Motion to Dismiss: Motion; Memorandum of Law; and Exhibit;  Appendix of Unreported Cases; Declaration of Roxanne K. Heller and Exhibit.; Certificate of Service. Review of same with Susan E. Farley Esq. and meeting with Roxanne K. Heller. | 7.20 hrs. | 864.00 |
| 02/15/2011 | AIK | NO CHARGE Email to Roxanne K. Heller transmitting filed documents. | 0.20 hrs. | 0.00 |
| 02/15/2011 | AIK | Review of motion to dismiss filed by the Paonessa Defendants, discussion of same with Susan E. Farley, Esq., and email correspondence with Arlen Olsen, Esq. requesting the Paonessa defendants withdraw the motion. | 0.70 hrs. | 84.00 |
| 02/17/2011 | SEF | NO CHARGE Supervised matter. | 0.30 hrs. | 0.00 |
| 02/17/2011 | AIK | Received and reviewed letter correspondence from Arlen Olsen, Esq. on behalf of the Paonessa defendants refusing to withdraw or suspend motion to dismiss; discussion of same with Susan E. Farley, Esq. | 0.30 hrs. | 36.00 |
| 02/18/2011 | SEF | NO CHARGE Called A. Olsen to ask for extension of time to respond to motion to dismiss or withdrawal of same. | 0.30 hrs. | 0.00 |
| 02/19/2011 | AIK | Reviewing case chronology regarding Paonessa Defendants filings, and drafting letter motion to the Court asking for adjournment of motion to dismiss. | 1.50 hrs. | 180.00 |

3459      Zalewski Copyright Lawsuit      Invoice # 179812      Page  2

| Date | | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 02/21/2011 | SEF | NO CHARGE Supervised deadlines.  Reviewed letter to Court to suspend motion. | 0.30 | hrs. | 0.00 |
| 02/22/2011 | SEF | NO CHARGE Counselled A. Kahler, Esq. on suspension issues. | 0.75 | hrs. | 0.00 |
| 02/23/2011 | SEF | NO CHARGE Reviewed Olsen's letter regarding motion to dismiss. | 0.50 | hrs. | 0.00 |
| 02/23/2011 | AIK | Received correspondence from Arlen Olsen, Esq. regarding motion to dismiss; discussion of same with Susan E. Farley, Esq.; sent response to Arlen Olsen, Esq.; revising letter motion to court accordingly. | 1.20 | hrs. | 144.00 |
| 02/24/2011 | SEF | NO CHARGE Review and revise letter motion asking for extension of time to respond or suspension. | 1.00 | hrs. | 0.00 |
| 02/24/2011 | AIK | Received and reviewed further correspondence from Arlen Olsen, Esq.,  Finalized letter motion and filed with the Court. Received and reviewed notice of hearing with Judge Sharpe. | 0.80 | hrs. | 96.00 |
| 02/25/2011 | SEF | NO CHARGE Reviewed letter from A. Olsen regarding request for suspension of time to answer motion to dismiss.  Outlined response to motion with A. Kahler, Esq. | 0.80 | hrs. | 0.00 |
| 02/25/2011 | AIK | Received and reviewed letter motion filed by Arlen Olsen on behalf of Paonessa Defendants.. | 0.20 | hrs. | 24.00 |

FEES

| | | | |
|---|---|---|---|
| Member 1 | 6.05 | Hours | $0.00 |
| Of Counsel | 32.90 | Hours _9870.00_ | $3,924.00 |

EXPENSES

| | |
|---|---|
| Miscellaneous exp. Pacer | $24.72 |
| Postage | $6.19 |

Billing Summary

| | |
|---|---|
| Total Professional Services | $3,924.00 |
| Total Expenses Incurred | $30.91 |
| Total of New Charges for this Invoice | $3,954.91 |
| | |
| Total Balance Now Due | **$3,954.91** |

PAYMENT DUE UPON RECEIPT

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albany, NY 12203
Telephone (518) 452-5600
Federal I.D. 14-1680097

April 27, 2011

|  |  |  |
|---|---|---|
| Invoice # | 181002 | SEF |
| Our File # | 3459-003 | |
| Billing Through | 03/31/2011 | |

DeRaven Design & Drafting
321 Delaware Avenue
Delmar, NY  12054

**Heller-DeRaven - Zalewski v. T.P. Builders, Inc. et al.**

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 01/28/2011 | SEF | NO CHARGE Explained background of action to R. Heslin, Esq. in representation inquiry of J. Clark. | 0.50 | hrs. | 0.00 |
| 03/02/2011 | SEF | NO CHARGE Monitored matters. | 0.30 | hrs. | 0.00 |
| 03/02/2011 | SEF | NO CHARGE Monitor response dates. | 0.10 | hrs. | 0.00 |
| 03/03/2011 | SEF | NO CHARGE Monitored proceedings. | 0.40 | hrs. | 0.00 |
| 03/08/2011 | AIK | Review status of case and new schedule after extension of time; reporting of same to Roxanne Heller. | 0.30 | hrs. | 36.00 |
| 03/23/2011 | SEF | NO CHARGE  Supervised response dates. | 0.20 | hrs. | 0.00 |
| 03/24/2011 | AIK | Research and review of causes of action for non-contractual indemnification and contribution. | 1.30 | hrs. | 156.00 |
| 03/30/2011 | AIK | With respect to crossclaims against Paonessa defendants, research on federal, state, and common law basis for rights of contribution, indemnification, and inducement to infringe. | 2.30 | hrs. | 276.00 |
| 03/31/2011 | AIK | Review of state law on rights of contribution and indemnification with Susan Farley, Esq. in preparation for opposition brief. | 0.70 | hrs. | 84.00 |

FEES

| | | | |
|---|---|---|---|
| Member 1 | 1.50 | Hours | $0.00 |
| Of Counsel | 4.60 | Hours  *1380* | $552.00 |

EXPENSES

| | |
|---|---|
| Miscellaneous exp. | $42.08 |

Billing Summary

| | |
|---|---|
| Total Professional Services | $552.00 |
| Total Expenses Incurred | $42.08 |
| Total of New Charges for this Invoice | $594.08 |
| Total Balance Now Due | **$594.08** |

PAYMENT DUE UPON RECEIPT

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albany, NY 12203
Telephone (518) 452-5600
Federal I.D. 14-1680097

May 20, 2011

|  |  |
|---|---|
| Invoice #   181773 | SEF |
| Our File # 3459-003 | |
| Billing Through  04/30/2011 | |

DeRaven Design & Drafting
321 Delaware Avenue
Delmar, NY  12054

**Heller-DeRaven - Zalewski v. T.P. Builders, Inc. et al.**

PROFESSIONAL SERVICES

| 04/08/2011 | AIK | Prepared opposition brief to motion to dismiss crossclaims. | 1.50 | hrs. | 180.00 |
|---|---|---|---|---|---|
| 04/10/2011 | AIK | Preparing opposition to Paonessa Defendants motion to dismiss. | 2.30 | hrs. | 276.00 |
| 04/11/2011 | AIK | Preparing opposition brief to Paonessa Motion to Dismiss crossclaims. | 3.50 | hrs. | 420.00 |
| 04/12/2011 | AIK | Preparing opposition brief to Paonessa Motion to Dismiss crossclaims. | 2.80 | hrs. | 336.00 |
| 04/13/2011 | AIK | Preparing opposition brief to Paonessa motion to dismiss crossclaims; review of same with Susan Farley, Esq. | 3.40 | hrs. | 408.00 |
| 04/14/2011 | SEF | (No charge)  Read and revised and feedback on brief in Response to Paonessa's Motion to Dismiss. | 0.80 | hrs. | 0.00 |
| 04/15/2011 | AIK | Preparing opposition brief to Paonessa motion to dismiss crossclaims. | 3.60 | hrs. | 432.00 |
| 04/18/2011 | AIK | Finalizing and file opposition brief to Paonessa motion to dismiss crossclaims. | 1.80 | hrs. | 216.00 |
| 04/21/2011 | AIK | Review of Plaintiff's reply brief to DeRaven/Heller motion to dismiss. | 0.60 | hrs. | 72.00 |
| 04/22/2011 | AIK | Preparation of Reply Memorandum in support of Motion to Dismiss. | 1.50 | hrs. | 180.00 |
| 04/28/2011 | AIK | Conference with Roxanne Heller to review status of case; preparation of Reply memorandum in support of motion to dismiss. | 2.50 | hrs. | 300.00 |
| 04/29/2011 | AIK | Preparation of Reply Memorandum in support of Motion to Dismiss. | 4.50 | hrs. | 540.00 |

FEES

| Member 1 | 0.80 | Hours | | $0.00 |
|---|---|---|---|---|
| Of Counsel | 28.00 | Hours | *8400* | $3,360.00 |

Billing Summary

| Total Professional Services | $3,360.00 |
|---|---|
| Total Expenses Incurred | $0.00 |

3459      Zalewski Copyright Lawsuit            Invoice # 181773         Page  2

Total of New Charges for this Invoice                $3,360.00

Total Balance Now Due                        **$3,360.00**

PAYMENT DUE UPON RECEIPT

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albany, NY 12203
Telephone (518) 452-5600
Federal I.D. 14-1680097

June 29, 2011

Invoice #   183239      SEF
Our File # 3459-003
Billing Through  05/31/2011

DeRaven Design & Drafting
321 Delaware Avenue
Delmar, NY  12054

**Heller-DeRaven - Zalewski v. T.P. Builders, Inc. et al.**

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 05/02/2011 | AIK | Final changes to Reply Memorandum and filing with Court; Receipt and review of reply briefs from co-defendants, and reply brief from the Paonessa Cross-Defendants. | 2.00 hrs. | | 240.00 |
| 05/03/2011 | AIK | Review reply briefs of all parties filed on 5/2/2011. | 1.00 hrs. | | 120.00 |
| 05/04/2011 | SEF | N/C - investigated oral argument status for AIK | 0.30 hrs. | | 0.00 |
| 05/16/2011 | AIK | Correspondence with Roxanne Heller regarding status of case and upcoming hearing before Judge Sharpe; transmission of documents regarding same. | 0.60 hrs. | | 72.00 |

FEES

| | | | |
|---|---|---|---|
| Member 1 | 0.30 | Hours | $0.00 |
| Of Counsel | 3.60 | Hours | $432.00 |

*1080*

EXPENSES

Miscellaneous exp. Pacer                                    $7.44

Billing Summary

| | |
|---|---|
| Total Professional Services | $432.00 |
| Total Expenses Incurred | $7.44 |
| Total of New Charges for this Invoice | $439.44 |
| Total Balance Now Due | **$439.44** |

PAYMENT DUE UPON RECEIPT

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albany, NY 12203
Telephone (518) 452-5600
Federal I.D. 14-1680097

September 28, 2011

Invoice #   186583        SEF
Our File # 3459-003
Billing Through  08/31/2011

DeRaven Design & Drafting
321 Delaware Avenue
Delmar, NY  12054


**Heller-DeRaven - Zalewski v. T.P. Builders, Inc. et al.**

PROFESSIONAL SERVICES


| | | | | | |
|---|---|---|---|---|---|
| 08/02/2011 | AIK | Review of Court's Order on Motions to Dismiss; reporting of same to Roxanne Heller. | 0.60 | hrs. | 72.00 |
| 08/18/2011 | AIK | Review of court documents regarding substitution of counsel. | 0.40 | hrs. | 48.00 |
| 08/22/2011 | AIK | Reviewing status of case with Roxanne Heller. | 0.50 | hrs. | 60.00 |


FEES

Of Counsel                    1.50  Hours     ~~150.~~⁰⁰            $180.00

Billing Summary

Total Professional Services                        $180.00
Total Expenses Incurred                              $0.00
Total of New Charges for this Invoice              $180.00

Total Balance Now Due                              **$180.00**


PAYMENT DUE UPON RECEIPT

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albany, NY 12203
Telephone (518) 452-5600
Federal I.D. 14-1680097

October 31, 2011

Invoice #   187772        SEF
Our File # 3459-003
Billing Through  10/27/2011

DeRaven Design & Drafting
321 Delaware Avenue
Delmar, NY  12054

**Heller-DeRaven - Zalewski v. T.P. Builders, Inc. et al.**

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/01/2011 | SEF | Reviewed new Complaint; considered response to same. | 0.50  hrs. | 0.00 |
| 09/01/2011 | CBA | Review the Third Amended Complaint filed in the action. | 0.20  hrs. | 0.00 |
| 09/01/2011 | AIK | Review of Third Amended Complaint and Exhibits; correspondence with Roxanne Heller regarding same. | 2.00  hrs. | 240.00 |
| 09/02/2011 | AIK | Further review of third amended complaint and comparison with prior versions of complaints; review of accused properties; legal research. | 2.00  hrs. | 240.00 |
| 09/07/2011 | AIK | Outlining response to Third Amended Complaint. | 1.50  hrs. | 180.00 |
| 09/08/2011 | TPS | Legal research:  are copyright infringement claims time-barred when alleged infringement occurred more than three years before action was commenced and plaintiffs should reasonably have known of such infringement?  Preparing for Annette Kahler. | 4.70  hrs. | 564.00 |
| 09/09/2011 | TPS | Legal reseasrch:  are copyright claims time-barred when alleged infringement occurred more than three years before action was commenced and plaintiffs should reasonably have known of such infringement?  Preparing for Annette Kahler. | 4.90  hrs. | 588.00 |
| 09/09/2011 | AIK | Teleconference with Plaintiff's counsel to discuss third amended complaint and secure extension. Review research regarding statute of limitations caselaw. | 2.50  hrs. | 300.00 |
| 09/11/2011 | AIK | Review of case law in preparation for motion to dismiss. | 1.50  hrs. | 180.00 |
| 09/12/2011 | TPS | Legal research:  factors demonstrating at what point plaintiff in copyright infringement action reasonably should have known of right to bring suit for purposes of statute of limitations (2d Cir. and NY DC cases).  Preparing of Annette Kahler. | 3.90  hrs. | 468.00 |
| 09/12/2011 | AIK | Filing stipulation for extension of time; review of statute of limitations and substantial similarity issues. | 2.50  hrs. | 300.00 |
| 09/13/2011 | CBA | Review of the filings for extensions of time by other defendants in the action.  Review of the Court's text order. | 0.10  hrs. | 0.00 |
| 09/13/2011 | TPS | Legal research:  is there legal authority for precluding a party from reasserting, in a third amended complaint which it was granted leave top file by the court, a claim that it had raised in the initial complaint but omitted from the first two amended complaints?  Preparing for Annette Kahler. | 2.50  hrs. | 300.00 |
| 09/21/2011 | AIK | Preparation of motion to dismiss. | 1.50  hrs. | 180.00 |
| 09/23/2011 | AIK | Preparation for motion to dismiss. | 1.00  hrs. | 120.00 |

3459        Zalewski Copyright Lawsuit                    Invoice # 187772           Page  2

| | | | | |
|---|---|---|---|---|
| 09/26/2011 | SEF | Reviewed insurance letter and discussed summary judgment motion | 0.30 hrs. | 0.00 |
| 09/26/2011 | AIK | Research for motion to dismiss. | 1.50 hrs. | 180.00 |
| 09/28/2011 | CBA | Review of the notice of voluntary dismissal filed by plaintiff. | 0.10 hrs. | 0.00 |
| 09/28/2011 | AIK | Review of ECF filings and arguments for motion to dismiss. | 1.50 hrs. | 180.00 |
| 09/30/2011 | SEF | NO CHARGE - briefly reviewed matter and offered advice on how to proceed | 0.50 hrs. | 0.00 |
| 09/30/2011 | AIK | Meeting with Roxanne Heller to review differences between Heller drawings and Zalewski copyrighted plan in preparation for Motion to Dismiss. | 6.00 hrs. | 720.00 |
| 10/05/2011 | AIK | Drafting Declaration of Roxanne K. Heller and attached Exhibits A-I. | 2.50 hrs. | 300.00 |
| 10/06/2011 | SEF | NO CHARGE - Monitored filings by co-defendants; conference with Annette Kahler, Esq. regarding motion to dismiss | 0.50 hrs. | 0.00 |
| 10/06/2011 | AIK | Final preparation of Heller Declaration and Exhibits A-I; meeting with Roxanne Heller; continued drafting of Motion to Dismiss and associated exhibits; review of Answer filed by the Sofia defendants, and Motion to Dismiss filed by the Cillis Defendants. | 9.00 hrs. | 1,080.00 |
| 10/07/2011 | AIK | Final preparation of all documents related to the Motion to Dismiss and associated exhibits, Notice of Motion, Certificate of Service, and filing of the same with the Court; review of Answer filed by the Paonessa Defendants. | 12.00 hrs. | 1,440.00 |
| 10/10/2011 | SEF | NO CHARGE - Read motion to dismiss | 0.50 hrs. | 0.00 |
| 10/10/2011 | AIK | Correspondence with Roxanne Heller regarding filing of motion to dismiss, and status of 6 Peachtree Lane and 10 Peachtree Lane. | 0.50 hrs. | 60.00 |
| 10/11/2011 | AIK | Review of Summary Judgment Motion filed by the Paonessa Defendants; discussion with Roxanne Heller about 6 and 10 Peachtree Lane. | 0.60 hrs. | 72.00 |
| 10/17/2011 | AIK | Review of Answer and related filings by the Paonessa Defendants. | 0.40 hrs. | 48.00 |

FEES

| | | | |
|---|---|---|---|
| Member 1 | 2.30 | Hours | $0.00 |
| Associate 2 | 0.40 | Hours | $0.00 |
| Associate 3 | 16.00 | Hours | $1,920.00 |
| Of Counsel | 48.50 | Hours | $5,820.00 |

*14,550.* (handwritten)

EXPENSES

| | |
|---|---|
| Pacer | $6.56 |
| Postage | $4.80 |

Billing Summary

| | |
|---|---|
| Total Professional Services | $7,740.00 |
| Total Expenses Incurred | $11.36 |
| Total of New Charges for this Invoice | $7,751.36 |

Total Balance Now Due                                                    $7,751.36

PAYMENT DUE UPON RECEIPT

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albany, NY 12203
Telephone (518) 452-5600
Federal I.D. 14-1680097

December 27, 2011

|  |  |  |
|---|---|---|
| Invoice # | 189696 | SEF |
| Our File # | 3459-003 | |
| Billing Through | 11/30/2011 | |

DeRaven Design & Drafting
321 Delaware Avenue
Delmar, NY  12054

**Heller-DeRaven - Zalewski v. T.P. Builders, Inc. et al.**

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/2011 | AIK | Review of Sofia defendants' motion for summary judgment. | 0.50 hrs. | 60.00 |
| 11/15/2011 | AIK | Review of Plaintiffs' response to motion to dismiss. | 1.00 hrs. | 120.00 |
| 11/16/2011 | AIK | Preparing reply memorandum for motion to dismiss. | 2.50 hrs. | 300.00 |
| 11/17/2011 | TPS | Legal research in support of opposition to motion for summary judgment:  presumption of validity, infringement w/ out copying, MSJ infringement standard.  Prepaqring for Annette Kahler. | 7.50 hrs. | 1,350.00 |
| 11/17/2011 | AIK | Continued work on motion to dismiss reply; Meeting with Roxanne Heller regarding same. | 4.00 hrs. | 480.00 |
| 11/18/2011 | SEF | NO CHARGE - Assisted Annette I. Kahler, Esq. with response to Zalewski motion for summary judgment | 0.40 hrs. | 0.00 |
| 11/18/2011 | TPS | Identifying inconsistencies in summary judgment record submitted by plaintiff.  Preparing for Annette Kahler. | 7.40 hrs. | 1,332.00 |
| 11/18/2011 | AIK | Continued work on reply to motion to dismiss and Kahler declaration. | 6.00 hrs. | 720.00 |
| 11/19/2011 | AIK | Continued work on motion to dismiss reply and Kahler declaration. | 6.00 hrs. | 720.00 |
| 11/20/2011 | TPS | Proofreading Kahler declaration. | 2.00 hrs. | 360.00 |
| 11/20/2011 | AIK | Continued work on motion to dismiss reply and Kahler declaration. | 6.00 hrs. | 720.00 |
| 11/21/2011 | SEF | NO CHARGE - reviewed Zalewski response to summary judgment motion and reply to motion to dismiss. | 1.40 hrs. | 0.00 |
| 11/21/2011 | TPS | Proofreading Kahler declaration. | 8.60 hrs. | 1,548.00 |
| 11/21/2011 | AIK | Finalizing motion to dismiss reply, Kahler declaration, and related papers; filing of same. | 8.00 hrs. | 960.00 |
| 11/23/2011 | AIK | Review of legal reply briefs filed by co-defendants. | 2.00 hrs. | 240.00 |
| 11/30/2011 | AIK | Review of filed briefs; continued research on copyright issues. | 1.50 hrs. | 180.00 |

FEES

| | | | |
|---|---|---|---|
| Member 1 | 1.80 | Hours | $0.00 |
| Associate 3 | 25.50 | Hours | $4,590.00 |
| Of Counsel | 37.50 | Hours | 11,250 | $4,500.00 |

3459          Zalewski Copyright Lawsuit                    Invoice # 189696              Page  2

<u>EXPENSES</u>
Pacer                                                                                    $7.84

Fed. Ex./Airborne Ex                                                                     $26.18

<u>Billing Summary</u>

Total Professional Services                                  $9,090.00
Total Expenses Incurred                                         $34.02
Professional Courtesy Discount                              $1,530.00   CR
Total of New Charges for this Invoice                        $7,594.02

Total Balance Now Due                                        **$7,594.02**

PAYMENT DUE UPON RECEIPT

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albany, NY 12203
Telephone (518) 452-5600
Federal I.D. 14-1680097

January 24, 2012

Invoice #   190824      SEF
Our File # 3459-003
Billing Through  12/31/2011

DeRaven Design & Drafting
321 Delaware Avenue
Delmar, NY  12054

**Heller-DeRaven - Zalewski v. T.P. Builders, Inc. et al.**

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/01/2011 | AIK | Review of filings by other defendants in related cases; Review of 11th Circuit case; telephone conference with Paul Rapp Esq.; discussion of same with Susan Farley, Esq. | 1.80  hrs. | 216.00 |

FEES

| | | | |
|---|---|---|---|
| Of Counsel | 1.80   Hours | *540* | $216.00 |

EXPENSES
Pacer                                                                                          $39.36

Billing Summary

| | |
|---|---|
| Total Professional Services | $216.00 |
| Total Expenses Incurred | $39.36 |
| Total of New Charges for this Invoice | $255.36 |
| Total Balance Now Due | **$255.36** |

PAYMENT DUE UPON RECEIPT

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albany, NY 12203
Telephone (518) 452-5600
Federal I.D. 14-1680097

February 14, 2012

Invoice #   191528        SEF
Our File # 3459-003
Billing Through  01/31/2012

DeRaven Design & Drafting
321 Delaware Avenue
Delmar, NY  12054

**Heller-DeRaven - Zalewski v. T.P. Builders, Inc. et al.**

PROFESSIONAL SERVICES

| Date | | Description | | | |
|---|---|---|---|---|---|
| 01/12/2012 | SEF | NO CHARGE - Supervised matter | 0.00 | hrs. | 0.00 |
| 01/12/2012 | AIK | Review of third party complaint filed by Cicero; calls to Paul Rapp and Roxanne Heller regarding same. | 1.00 | hrs. | 120.00 |

FEES
Of Counsel                            1.00  Hours        *300.°°*          $120.00

EXPENSES
Pacer                                                                      $15.92

Billing Summary

| | |
|---|---|
| Total Professional Services | $120.00 |
| Total Expenses Incurred | $15.92 |
| Total of New Charges for this Invoice | $135.92 |
| Total Balance Now Due | **$135.92** |

PAYMENT DUE UPON RECEIPT

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albany, NY 12203
Telephone (518) 452-5600
Federal I.D. 14-1680097

March 23, 2012

Invoice #   192976      SEF
Our File # 3459-003
Billing Through  02/29/2012

DeRaven Design & Drafting
321 Delaware Avenue
Delmar, NY  12054

**Heller-DeRaven - Zalewski v. T.P. Builders, Inc. et al.**

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/22/2012 | AIK | Receipt and review of Judge Sharpe's order GRANTING MOTION TO DISMISS on behalf of DeRaven/Heller. Discussion of same with Susan Farley, Esq. Teleconference with Roxanne Heller and Susan Farley to discuss the decision and options for next steps. Review of dockets in associated cases. | 1.50  hrs. | 180.00 |
| 02/22/2012 | SEF | NO CHARGE Receipt and review of Judge Sharpe's order Granting Motion to Dismiss on behalf of DeRaven/Heller. Discussion of same with Annette Kahler, Esq.  Telephone conference with Roxanne Heller and Annette Kahler to discuss decision and options for next steps. | 0.00  hrs. | 0.00 |
| 02/23/2012 | AIK | Follow up on case and next steps following receipt of Judge's order. | 1.00  hrs. | 120.00 |
| 02/24/2012 | SEF | NO CHARGE - Monitored filings with Court | 0.30  hrs. | 0.00 |
| 02/24/2012 | AIK | Receipt and review of letter to court filed by the Paonessa Defendants regarding motion for summary judgment. | 0.40  hrs. | 48.00 |
| 02/27/2012 | TPS | Conferenced with Annette Kahler, Esq., re. timeliness of motion for attorney fees and entry of judgment following dismissal.  Identified case law supporting conclusion that 14 day clock under FRCP 54(d)(2)(B)(i) does not begin to run if judgment, separate from order of dismissal, has not been entered. | 1.50  hrs. | 270.00 |
| 02/27/2012 | AIK | Researching on timing and related issues for motion for attorneys fees. | 1.00  hrs. | 120.00 |
| 02/28/2012 | SEF | Supervised and forwarded case - discussed strategies on fees. | 0.30  hrs. | 138.00 |
| 02/28/2012 | SEF | NO CHARGE - supervised contact with Plaintiff's counsel | 0.30  hrs. | 0.00 |
| 02/28/2012 | TPS | Assessed finality of order terminating DeRaven as a party considering that additional parties remain parties to the litigation, and effect of additional surviving claims on timeliness of motion for atty's fees.  Emailed case citation and analysis to Annette Kahler, Esq. | 1.00  hrs. | 180.00 |
| 02/28/2012 | AIK | Meeting with Lee Palmateer. Esq. regarding case and next steps. Research on options to pursue attorneys fees and costs. Research on standards for motion for consideration and appeal. | 2.50  hrs. | 300.00 |
| 02/29/2012 | SEF | NO CHARGE - Supervised strategy in response to Plaintiff's counsel's threat for reconsideration and appeal | 0.80  hrs. | 0.00 |

3459          Zalewski Copyright Lawsuit                    Invoice # 192976              Page  2

| 02/29/2012 | TPS | Conferenced with Susan Farley and Annette Kahler, Esqs., re. startegy for application for attorney's fees. | 0.50 hrs. | 90.00 |
| 02/29/2012 | AIK | Meeting with Susan Farley and Teige Sheehan to discuss options for seeking fees and related case strategy. Discussion of meeting with Lee Palmateer, Esq. and "walk-away" proposal.  Further legal research. | 1.50 hrs. | 180.00 |

<u>FEES</u>

| Member 1 | 1.70 | Hours | | $138.00 |
| Associate 3 | 3.00 | Hours | | $540.00 |
| Of Counsel | 7.90 | Hours | 2370 | $948.00 |

<u>EXPENSES</u>

| Pacer | | $13.76 |

<u>Billing Summary</u>

| Total Professional Services | $1,626.00 |
| Total Expenses Incurred | $13.76 |
| Total of New Charges for this Invoice | $1,639.76 |
| Total Balance Now Due | **$1,639.76** |

PAYMENT DUE UPON RECEIPT

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albany, NY 12203
Telephone (518) 452-5600
Federal I.D. 14-1680097

April 27, 2012

Invoice #   194079        SEF
Our File # 3459-003
Billing Through  03/31/2012

DeRaven Design & Drafting
321 Delaware Avenue
Delmar, NY  12054

**Heller-DeRaven - Zalewski v. T.P. Builders, Inc. et al.**

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 03/02/2012 | AIK | Review of matters concerning potential recovery of attorneys fees. | 1.00  hrs. | 120.00 |
| 03/09/2012 | AIK | Review of order dismissing Lee Palmateer, Esq. from related case; discussion of same with Susan Farley, Esq. Review option for Roxanne Heller's case. | 1.00  hrs. | 120.00 |
| 03/26/2012 | SEF | Confer with Annette I. Kahler, Esq. regarding case; prepare and file Notice of Redaction | 0.60  hrs. | 0.00 |
| 03/28/2012 | SEF | Transcript Request to Court | 0.20  hrs. | 0.00 |

FEES

| | | | |
|---|---|---|---|
| Member 1 | 0.80  Hours | | $0.00 |
| Of Counsel | 2.00  Hours | _600_ | $240.00 |

EXPENSES

| | |
|---|---|
| Pacer | $12.72 |
| Transcription | $16.20 |

Billing Summary

| | |
|---|---|
| Total Professional Services | $240.00 |
| Total Expenses Incurred | $28.92 |
| Total of New Charges for this Invoice | $268.92 |
| Total Balance Now Due | **$268.92** |

PAYMENT DUE UPON RECEIPT

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albany, NY 12203
Telephone (518) 452-5600
Federal I.D. 14-1680097

May 18, 2012

Invoice #   194789       SEF
Our File #  3459-003
Billing Through  04/30/2012

DeRaven Design & Drafting
321 Delaware Avenue
Delmar, NY  12054

**Heller-DeRaven - Zalewski v. T.P. Builders, Inc. et al.**

PROFESSIONAL SERVICES

| Date | Init. | Description | Hours | | Amount |
|------|-------|-------------|-------|---|--------|
| 04/03/2012 | SEF | Prepared and submitted request to Court for redaction | 0.20 | hrs. | 0.00 |
| 04/11/2012 | SEF | Follow up on redaction | 0.40 | hrs. | 0.00 |
| 04/11/2012 | AIK | NO CHARGE. Review of transcript from September 2010 conference to determine necessity of redaction. | 0.50 | hrs. | 60.00 |
| 04/12/2012 | SEF | Prepared letter of no redaction | 0.50 | hrs. | 0.00 |
| 04/23/2012 | SEF | Strategy regarding possible motion for fees. | 0.30 | hrs. | 138.00 |
| 04/23/2012 | SEF | NO CHARGE - Meeting regarding possible fees motion; considered pros and cons.  Contacted client regarding setting up meeting regarding same. | 0.50 | hrs. | 0.00 |
| 04/23/2012 | TPS | Conferenced with Susan Farley, Esq., and Annette Kahler, Esq., regarding question of attorney's fees and current inability to file via CM/ECF.  Contacted NDNY CM/ECF help desk and resolved issue. | 0.60 | hrs. | 108.00 |
| 04/23/2012 | AIK | NO CHARGE. Meeting with Susan Farley, Esq., and Teige Sheehan, Esq. to Roxanne Heller's case and options for seeking attorneys. fees. | 0.50 | hrs. | 0.00 |
| 04/27/2012 | SEF | Meeting with Roxanne Heller to discuss possible motion for legal fees. | 0.50 | hrs. | 0.00 |
| 04/27/2012 | TPS | Met with client, Susan Farley, Esq., and Annette Kahler, Esq., re. attorney's fees. | 0.50 | hrs. | 90.00 |
| 04/27/2012 | AIK | NO CHARGE. Meeting with Roxanne Heller, Susan Farley, and Teige Sheehan to discuss option to pursue attorneys' fees. | 0.50 | hrs. | 60.00 |

FEES

| | | | |
|---|---|---|---|
| Member 1 | 2.40 | Hours | $138.00 |
| Associate 3 | 1.10 | Hours | $198.00 |
| Of Counsel | 1.50 | Hours  *A50.⁰⁰* | $120.00 |

EXPENSES

| | |
|---|---|
| Pacer. | $9.20 |

Billing Summary

3459         Zalewski Copyright Lawsuit                Invoice # 194789              Page  2

| | |
|---|---|
| Total Professional Services | $456.00 |
| Total Expenses Incurred | $9.20 |
| Total of New Charges for this Invoice | $465.20 |
| | |
| Total Balance Now Due | **$465.20** |

PAYMENT DUE UPON RECEIPT

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albany, NY 12203
Telephone (518) 452-5600
Federal I.D. 14-1680097

June 21, 2012

Invoice #   196192        SEF
Our File # 3459-003
Billing Through  05/31/2012

DeRaven Design & Drafting
321 Delaware Avenue
Delmar, NY  12054

**Heller-DeRaven - Zalewski v. T.P. Builders, Inc. et al.**

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 05/01/2012 | SEF | NO CHARGE - reviewed filings on summary judgment motions | 0.70  hrs. | 0.00 |
| 05/01/2012 | AIK | Review of Response in Opposition filed by Plaintiff Zalewski. Teleconference with Susan Farley to discuss same. Provision of case law to counsel for co-defendants. | 1.50  hrs. | 180.00 |
| 05/09/2012 | AIK | Review of pleadings filed by Paonessa and Cicero defendants. | 1.00  hrs. | 120.00 |
| 05/10/2012 | SEF | NO CHARGE - read summary judgment reply briefs submitted by Joint Defendants | 0.40  hrs. | 0.00 |
| 05/14/2012 | TPS | Drafted letter confirming waiver of attorney's fees and sent to Annette Kahler, Esq., for her review. | 0.50  hrs. | 95.00 |
| 05/17/2012 | AIK | Review of Judge Sharpe's order inviting supplemental briefs; initial legal research regarding same; discussion with client. | 1.50  hrs. | 180.00 |
| 05/22/2012 | AIK | Research for supplemental brief; review of caselaw. | 1.50  hrs. | 180.00 |
| 05/24/2012 | SEF | Read filings from Defendants. | 0.60  hrs. | 282.00 |
| 05/24/2012 | AIK | Drafting and filing of supplemental brief on two issues: 1) mirror images, and 2) infringement of elevation drawings. | 7.00  hrs. | 840.00 |
| 05/24/2012 | AIK | Review of supplemental briefs filed by co-defendants and plaintiff. | 1.20  hrs. | 144.00 |
| 05/25/2012 | SEF | Reviewed matter and strategy with Annette I. Kahler, Esq. - NO CHARGE. | 0.60  hrs. | 0.00 |
| 05/25/2012 | AIK | Teleconference with Roxanne Heller regarding case status; providing client with copies of all supplemental briefs filed with the court; review of same. | 1.50  hrs. | 180.00 |

FEES

| | | |
|---|---|---|
| Member 1 | 2.30  Hours | $282.00 |
| Associate 3 | 0.50  Hours | $95.00 |
| Of Counsel | 15.20  Hours      4864      320/hr | $1,824.00 |

EXPENSES
PACER                                                                                            $9.60

Billing Summary

3459          Zalewski Copyright Lawsuit                    Invoice # 196192              Page  2

Total Professional Services                                         $2,201.00
Total Expenses Incurred                                                 $9.60
Total of New Charges for this Invoice                               $2,210.60

Total Balance Now Due                                              **$2,210.60**

PAYMENT DUE UPON RECEIPT

# Heslin Rothenberg Farley & Mesiti P.C.

5 Columbia Circle
Albany, NY 12203
Telephone (518) 452-5600
Federal I.D. 14-1680097

July 19, 2012

|  |  |  |
|---|---|---|
| Invoice #   197490 | SEF |
| Our File # 3459-003 | |
| Billing Through  06/30/2012 | |

DeRaven Design & Drafting
321 Delaware Avenue
Delmar, NY  12054

**Heller-DeRaven - Zalewski v. T.P. Builders, Inc. et al.**

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 06/13/2012 | SEF | NO CHARGE - Managed matter. | 0.50  hrs. | 0.00 |
| 06/15/2012 | SEF | NO CHARGE - reviewed letter motion by Plaintiff. | 0.50  hrs. | 0.00 |
| 06/15/2012 | AIK | Review of letter motions filed by Plaintiff Zalewski and the Paonessa defendants. | 1.00  hrs. | 120.00 |
| 06/19/2012 | SEF | NO CHARGE - read and considered case decision issued by Court | 0.60  hrs. | 0.00 |
| 06/19/2012 | AIK | Review of court's order dismissing third amended complaint; teleconference with Susan Farley, Esq. regarding same. | 1.00  hrs. | 120.00 |
| 06/20/2012 | AIK | Telephone conference with Roxanne Heller regarding court's decision and order issued June 19, 2012. | 0.40  hrs. | 48.00 |

FEES

| | | | |
|---|---|---|---|
| Member 1 | 1.60  Hours | | $0.00 |
| Of Counsel | 2.40  Hours | 768. | $288.00 |

EXPENSES

| | |
|---|---|
| Pacer. | $14.30 |

Billing Summary

| | |
|---|---|
| Total Professional Services | $288.00 |
| Total Expenses Incurred | $14.30 |
| Total of New Charges for this Invoice | $302.30 |
| Total Balance Now Due | **$302.30** |

PAYMENT DUE UPON RECEIPT