UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JAMES E. ZALEWSKI and DRAFTICS, LTD.,

      Plaintiffs,

vs.

T.P. BUILDERS, INC. et al.,   Civil Action No.
                                                    1:10-cv-876 (GLS/RFT)
                                                    (Lead Case)

      Defendants

---

JAMES E. ZALEWSKI and DRAFTICS, LTD.,

      Plaintiffs,

                                                      Civil Action No.
vs.                                                   1:11-cv-1156 (GLS/RFT)
                                                   (Companion Case)

CICERO BUILDER DEV., INC. et al.,

      Defendants

---

**<u>Declaration of Plaintiffs's Attorney Lee Palmateer</u>**

    I, Lee Palmateer, depose and say under penalty of perjury as follows:

    1.    I am an attorney duly admitted to practice law in the courts of the Stat of New York.  I represent plaintiffs James E. Zalewski and Draftics, Ltd. in this case and submit this Declaration in opposition to Defendants DeRaven and T.P Builders' attorney's fees motions (Dkts. 196 and 197).

    2.  Annexed hereto as **Exhibit "A"** are true and accurate copies of pages from the AIPLA Report of Economic Survey 2011.

    3.  I declare under penalty of perjury that the foregoing is true and correct, except as to matters alleged on information and belief, and that as to those matters I believe them to be true,

2

and I make this Declaration pursuant to the Federal Rules of Civil Procedure and with the knowledge that any knowingly false statement made herein by me is punishable under the penalty of perjury, fine and/or imprisonment.


Dated: August 20, 2012         /s/Lee Palmateer
                               Lee Palmateer (BRN 509188)
                               LEE PALMATEER LAW OFFICE LLC
                               90 State Street
                               Suite 700
                               Albany, New York 12207
                               Tel: (518) 591-4636
                               Fax: 1-518-677-1886
                               Email: lee@palmateerlaw.com
                               Attorneys for James E. Zalewski and
                               Draftics, Ltd.

## CERTIFICATE OF SERVICE

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF), including:

Arlen L. Olsen, Esq.
Autondria Minor, Esq.
Schmeiser, Olsen Law Firm - Latham Office
22 Century Hill Drive
Suite 302
Latham, NY 12110
518-220-1850
518-220-1857 (fax)
aolsen@iplawusa.com
aminor@iplawusa.com
Attorneys for Defendants:
T.P. Builders, Inc. and Thomas Paonessa

Kevin R. Van Duser, Esq.
Samuel M. Vulcano, Esq.
Sugarman Law Firm, LLP
211 West Jefferson Street, $2_{nd}$ Floor
Syracuse, New York 13202
kvanduser@sugarmanlaw.com
svulcano@sugarmanlaw.com
Attorneys for Defendants:
Vincenzo S. Sofia d/b/a V.S. Sofia
Engineering, and Sofia Engineering, PLLC

Susan E. Farley, Esq.
Caroline B. Ahn, Esq.
Annette I. Kahler, Esq.
Heslin Rothenberg Farley & Mesiti P.C.
5 Columbia Circle
Albany, New York 12203
sef@hrfmlaw.com
cba@hrfmlaw.com
aik@hrfmlaw.com
Attorneys for Defendants:
Roxanne K. Heller d/b/a DeRaven Design & Drafting

George J. Szary, Esq.
Nicole Roman Rodgers, Esq.
DeGraff, Foy Law Firm – Albany Office
90 State Street
Albany, New York 12207
gszary@degraff-foy.com
nrodgers@degraff-foy.com
Attorneys for Defendants:
Cillis Builders, Inc. and Theodore Cillis, III

Paul C. Rapp, Esq.
Hoffman, Warnick Law Firm
75 State Street – 14th Floor
413-553-3189
paul@paulrapp.com
Attorneys for Defendants:
Cicero Builder Dev., Inc. and Luigi Cicero

4

And, I hereby certify that I have mailed by the United States Postal Service the document to the following non-CM/ECF Participants:

**NONE**

Dated: August 20, 2012                    /s/Lee Palmateer
                                          Lee Palmateer

4