UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JAMES E. ZALEWSKI and DRAFTICS, LTD.,

        Plaintiffs,

vs.

T.P. BUILDERS, INC. et al.,

        Defendants

Civil Action No.
1:10-cv-876 (GLS/RFT)
(Lead Case)

---

JAMES E. ZALEWSKI and DRAFTICS, LTD.,

        Plaintiffs,

vs.

CICERO BUILDER DEV., INC. et al.,

        Defendants

Civil Action No.
1:11-cv-1156 (GLS/RFT)
(Companion Case)

---

# Exhibit "A"
to
Declaration of **Lee Palmateer**
Dated **August 20, 2012**

# AIPLA

# REPORT OF THE ECONOMIC SURVEY 2011

**PREPARED UNDER DIRECTION OF THE AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION LAW PRACTICE MANAGEMENT COMMITTEE**

**STEVEN M. AUVIL, CHAIR**
**DAVID A. DIVINE, VICE CHAIR**

July 2011



15200 Shady Grove Road, Suite 306
Rockville, Maryland 20850
TEL: (240) 268-1262
ARI@associationresearch.com

**Estimated Litigation Costs:** Respondents were instructed to respond to these questions *"only if you have personal knowledge either as a service provider or as a purchaser of such services of the costs incurred within the relatively recent past, for the type of work to which the question pertains. In each of the questions, 'total cost' is all costs, including outside legal and paralegal services, local counsel, associates, paralegals, travel and living expenses, fees and costs for court reporters, photocopies, courier services, exhibit preparation, analytical testing, expert witnesses, translators, surveys, jury advisors, and similar expenses."* Respondents were further instructed to estimate these based on a single IP asset, such as one patent at issue or one trademark.

**Location:** The metropolitan areas of Boston, New York City, Philadelphia, Washington (DC-MD-VA), Chicago, and Minneapolis–St. Paul include all localities—central city and surrounding areas—within the primary metropolitan statistical area. One state—Texas—had sufficiently large numbers of respondents to be reported separately. There were sufficient responses to breakout Los Angeles and San Francisco separately; California firms outside of those metro areas were included in "Other West." Other categories exclude those named metropolitan areas.

| LOCATION | | |
|---|---|---|
| **METROPOLITAN AREAS** | **PERCENT** | **COUNT** |
| Boston CMSA* | 4.7% | 120 |
| New York City CMSA* | 8.8% | 227 |
| Philadelphia CMSA* | 3.8% | 98 |
| Washington, DC CMSA* | 16.5% | 424 |
| Other East: Maine, New Hampshire, Vermont, Massachusetts, Rhode Island, Connecticut, New York, New Jersey, Pennsylvania, Delaware, Maryland, Virginia, and West Virginia | 6.3% | 162 |
| Metro Southeast: Raleigh–Durham, Greensboro–Winston-Salem, and Charlotte, NC; Atlanta, GA; and Miami–Ft. Lauderdale–West Palm Beach, FL | 3.7% | 96 |
| Other Southeast: North Carolina, South Carolina, Georgia, and Florida | 2.7% | 69 |
| Chicago CMSA* | 6.0% | 154 |
| Minneapolis–St. Paul PMSA** | 4.0% | 104 |
| Other Central: Minnesota, North Dakota, South Dakota, Wisconsin, Michigan, Ohio, Indiana, Illinois, Iowa, Nebraska, Kansas, Missouri, Kentucky, Oklahoma, Arkansas, Louisiana, Mississippi, Alabama, and Tennessee | 16.8% | 432 |
| Texas | 6.6% | 171 |
| Los Angeles CMSA* | 3.2% | 83 |
| San Francisco CMSA* | 5.8% | 150 |
| Other West: Montana, Wyoming, Colorado, New Mexico, Idaho, Utah, Nevada, Arizona, Washington, Oregon, California, Alaska, and Hawaii | 11.1% | 287 |
| *CMSA: Consolidated Metropolitan Statistical Area– a metro area with a population of one million or more. **PMSA: Primary Metropolitan Statistical Area– a component of a CMSA. | | |

Litigation-Copyright Infringement <$1M End of Discovery (000s) by Location (Q45a)

| | | | | | | | Location | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 120 | 3 | 10 | 5 | 8 | 10 | 6 | 6 | 12 | 4 | 27 | 11 | 6 | 2 | 10 |
| Mean (Average) | $216 | $135 | $161 | $234 | $174 | $181 | $201 | $450 | $260 | $400 | $145 | $256 | $292 | ISD | $191 |
| First Quartile 25% | $100 | ISD | $88 | $135 | $50 | $50 | $74 | $250 | $105 | ISD | $50 | $100 | $175 | ISD | $100 |
| Median (Midpoint) | $200 | $100 | $175 | $250 | $118 | $150 | $200 | $350 | $225 | $250 | $110 | $250 | $250 | ISD | $150 |
| Third Quartile 75% | $271 | ISD | $250 | $325 | $200 | $281 | $325 | $750 | $388 | ISD | $200 | $300 | $413 | ISD | $250 |

Litigation-Copyright Infringement <$1M Inclusive, all costs (000s) by Location (Q45b)

| | | | | | | | Location | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 119 | 3 | 10 | 5 | 8 | 10 | 7 | 6 | 12 | 4 | 26 | 11 | 6 | 2 | 9 |
| Mean (Average) | $384 | $270 | $257 | $415 | $261 | $320 | $345 | $658 | $525 | $725 | $283 | $429 | $517 | ISD | $344 |
| First Quartile 25% | $175 | ISD | $119 | $263 | $89 | $96 | $200 | $450 | $163 | ISD | $108 | $200 | $338 | ISD | $165 |
| Median (Midpoint) | $350 | $300 | $238 | $500 | $200 | $300 | $300 | $575 | $500 | $500 | $250 | $400 | $525 | ISD | $300 |
| Third Quartile 75% | $500 | ISD | $363 | $525 | $388 | $513 | $500 | $1,000 | $775 | ISD | $405 | $500 | $675 | ISD | $350 |

Litigation-Copyright Infringement $1-$25M End of Discovery (000s) by Location (Q45c)

| | | | | | | | Location | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 103 | 3 | 9 | 5 | 5 | 8 | 5 | 5 | 12 | 4 | 19 | 11 | 5 | 3 | 9 |
| Mean (Average) | $543 | $737 | $365 | $650 | $470 | $425 | $584 | $630 | $510 | $713 | $337 | $688 | $310 | $1,800 | $609 |
| First Quartile 25% | $200 | ISD | $100 | $225 | $225 | $78 | $135 | $500 | $200 | ISD | $180 | $200 | $125 | ISD | $200 |
| Median (Midpoint) | $400 | $200 | $300 | $500 | $400 | $288 | $600 | $500 | $450 | $575 | $250 | $500 | $400 | $1,400 | $250 |
| Third Quartile 75% | $750 | ISD | $525 | $1,150 | $750 | $663 | $1,025 | $825 | $794 | ISD | $500 | $900 | $450 | ISD | $1,188 |