===========================================================================

\* \* \* \* \* **UNITED STATES DISTRICT COURT** \* \* \* \* \*

<u>          NORTHERN          </u> **DISTRICT OF** <u>          NEW YORK          </u>

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO.  1:10-cv-876 (GLS)**
                        **1:11-cv-1156**

**JAMES E. ZALEWSKI** *et al.*

    v.

**T.P. BUILDERS, INC.** *et al.*

<u>              </u>   **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

<u>     X     </u>   **DECISION BY COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED, that T.P. and DeRaven's motions (Dkt. Nos. 196, 197) are GRANTED, however the awards requested are reduced to $120,972.50 in attorneys' fees for T.P., and $16,795.80 in attorneys' fees for DeRaven. That plaintiffs' letter requests (Dkt. Nos. 208, 209) are DENIED, in accordance with the Memorandum-Decision and Order issued by Chief Judge Gary L. Sharpe on November 21, 2012.**

<u>     November 21, 2012     </u>          <u>     **LAWRENCE K. BAERMAN**     </u>
                                                                    CLERK OF THE COURT

                                                    BY:     <u>   S/                                    </u>
                                                                    DEPUTY CLERK
                                                                    John Law